IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE GARCIA PICHARDO, | ) | No. C 12-01792 EJD (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| M. STAINER, Warden, | ) ) | |
| Respondents. | ) ) | |

Petitioner, a California prisoner at the California Correctional Institution in Tehachapi, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner is currently confined in Kern County and was also convicted in Tulare County, both of which lie within the venue of the Eastern Division of the Central District of California. See 28 U.S.C. 84(c).

Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
G:\PRO-SE\SJ.EJD\HC.12\01792Pichardo_transfer.wpd

States District Court for the Eastern Division of the Central District of California.

<u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

DATED: 7/20/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORGE GARCIA PICHARDO,

        Petitioner,

v.

M. STAINER, Warden,

        Respondent.

Case Number: CV12-01792 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/20/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Garcia Pichardo G-45181
California Correctional Institution
P. O. Box 608
Tehachapi, CA 93581

Dated: 7/20/2012

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk